**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **MUSTAFA ALI,** **Plaintiff** | : | **No. 3:26-CV-0149** |
| | : | **(Judge Munley)** |
| **v.** | : | |
| **LAUREL HARRY, *et al.*,** **Defendants** | : | |

# ORDER

**AND NOW**, in accordance with the accompanying Memorandum, **IT IS ORDERED** that:

1. Defendants' motion to dismiss (Doc. 14) pursuant to Federal Rule of Civil Procedure 12(b)(6) is **GRANTED** in part and **DENIED** in part, as follows:

   a. Any official capacity claim seeking monetary damages from Defendants is **DISMISSED** for failure to state a claim upon which relief may be granted.

   b. Plaintiff's request for compensatory damages is **DISMISSED** with prejudice for failure to state a claim upon which relief may be granted.

   c. Plaintiff's individual liability claims under RLUIPA against Defendants are **DISMISSED** with prejudice for failure to state a claim upon which relief may be granted.

   d. Defendants' motion to dismiss is **DENIED** in all other respects.

2. In light of paragraph 1 above, this case will proceed on the following Section 1983 claims: (1) individual capacity First Amendment free exercise claims against Defendants, with relief limited to nominal or punitive damages; (2) official capacity First Amendment free exercise claims against Defendants, with only prospective injunctive relief available; and (3) official capacity RLUIPA claims against Defendants, with only prospective injunctive relief available.

3. Defendants shall respond to the remaining claims pursuant to the timing specified in Federal Rule of Civil Procedure 12(a)(4)(A).

**Date:** 10/13/26

**BY THE COURT:**

**JUDGE JULIA K. MUNLEY**
**United States District Court**